IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BARBARA PETROSKI et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>H&R BLOCK ENTERPRISES LLC et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 10-00075-CV-W-DW<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Before the Court is the parties' Joint Stipulated Motion to Consolidate Cases and Consent to File Amended Complaint (Doc. 46). On January 25, 2010, this action was filed in this Court as Petroski et al. v. H&R Block, Inc. et al. In October of 2010, two related cases were transferred to this Court from district courts in California and New York: Hom et al. v. H&R Block, Inc. et al. and Oyer v. H&R Block Enterprises LLC et al. Counsel for the parties have conferred and filed this joint motion to consolidate the three cases into a single proceeding pursuant to Federal Rule of Civil Procedure 42(a). For good cause shown, the parties' motion for consolidation is GRANTED. The Court hereby ORDERS that:

1) The above-styled case is hereby CONSOLIDATED with Hom et al. v. H&R Block, Inc. et al., Case No. 10-01004-CV-W-DW and Oyer v. H&R Block Enterprises LLC et al., Case No. 10-01049-CV-W-DW.

2) The parties are instructed not to make any future filings in Cases No. 10-01004-CV-W-DW or 10-01049-CV-W-DW. All filings related to this matter shall be made in Petroski et al. v. H&R Block Enterprises LLC et al., Case No. 10-00075-CV-W-DW.

3) The Clerk of the Court is directed to mark Cases No. 10-01004-CV-W-DW and 10-01049-CV-W-DW as CLOSED.


Date:    December 22, 2010                                  /s/ Dean Whipple
                                                         Dean Whipple
                                                   United States District Judge