# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| BARBARA PETROSKI, et al., Individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 10-0075-CV-W-DW ) |
| H&R BLOCK ENTERPRISES LLC, et al., | ) ) ) |
| Defendants. | ) |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

(1) H&R Block Enterprises LLC and H&R Block Eastern Enterprises, Inc.'s Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (Doc. 252) is GRANTED;

(2) H&R Block's Motion to Decertify Collective Action Under 29 U.S.C. § 216(b) (Doc. 254) is DENIED AS MOOT;

(3) H&R Block's Motion to Decertify Class Action Under Fed. R. Civ. P. 23 (Doc. 256) is DENIED AS MOOT; and

(4) Plaintiffs' Motion for Leave to File Sur-Reply in Opposition to Defendants' Motion for Summary Judgment for the Limited Purpose of Responding to Defendants' Objection to the Court's Consideration of Documents Relied upon by Plaintiffs (Doc. 278) is GRANTED and the sur-reply is deemed filed.

| | |
|---|---|
| April 9, 2013 | Ann Thompson |
| Date | Clerk of Court |
| | |
| | /s/ Tracy L. Diefenbach |
| | (by) Deputy Clerk |